# NORDSTROM

Welcome to Nordstrom. Would you like to sign in? | Your Account | Our Stores | Customer Service | Wish List | Shopping Bag: 0 items

**FREE SHIPPING** on online orders of $200 or more. See details.

DEPARTMENT    BRAND    CONVERSATION

Back to results



### Kenneth Cole Reaction 'Chorus Mine' Mary Jane (Walker, Toddler & Little Kid)

★★★★★ Be the first to write a review | discuss this item

DETAILS    FIT    SHIPPING

A flower ornament that lights up when she walks gives a glittery mary jane sneaker extra razzle-dazzle.
- Adjustable strap with Velcro® closure.
- Cushioned footbed.
- Synthetic upper and lining/rubber sole.
- By Kenneth Cole Reaction; imported.
- Kids' Shoes.

| | | |
|---|---|---|
| ◉ WALKER | item #330764 | $44.95 |
| ○ TODDLER | item #330764 | $44.95 |
| ○ LITTLE KID | item #330764 | $44.95 |

**Color:** Silver

 

**Size & Width:**

5 M    5.5 M    6 M
6.5 M    7 M

SHARE: [f] [t] [g] [d] [@]    Like

Sizing: (Walker 12-24 mos) 5-7, (Toddler 2-4 yrs) 7.5-12, (Little Kid 4-8 yrs) 12.5-3.
Kids' Shoe Size Conversion Chart

Service is not available for this item

**Need Help?** Live Chat
**Have feedback on this item?** Let us know
**Did you know...**
Purchases made online can also be returned or exchanged at any Nordstrom store, free of charge.

---

**You might also like:**



Stride Rite 'Liza' Mary Jane (Baby, Walker & Toddler)
$29.95



Keds® 'Shimmery' Mary Jane (Baby)
Was: $29.95
Now: $16.90
40% OFF

**Complete the look:**



NEW!
Peek (Toddler, Little Girls & Big Girls)
$32.00



NEW!
Peek 'Sienna'

---

REVIEWS (0)    DISCUSSIONS (0)    Back to top ▲

Customer reviews

☆☆☆☆☆  Be the first to write a review

Back to top ▲

Peek Sienna Skirt (Toddler, Little Girls & Big Girls)
$68.00

Love this brand?
Kenneth Cole Reaction

**Customer Service**
Check Order Status
Returns & Exchanges
Product Recall
Live Help
Personal Stylist
Advanced Search

**Fashion Rewards**
Apply for a Nordstrom Card
Pay Bill Online
**Shipping Options & Charges**
Domestic Shipping
International Shopping
Gift Cards

**About Us**
Careers
Investor Relations
Nordstrom Cares
Nordstrom Rack
Store Locations & Events
Shop Our Catalogs
Site Map

Nordstrom
Like  394,433

Connect with Us
Follow us on Twitter

BRAvo! Join us at our free bra-fit event to benefit breast cancer research.
Learn more & RSVP

©2011 Nordstrom, Inc. For assistance call 1-888-282-6060   Contact Us   Your Privacy Rights   Give Us Feedback [+]      Get fashion updates:   Enter your e-mail